IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-356-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| | ) | |
| JAMES NATHAN CRAWFORD, JR, | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion to Continue Sentencing (D.E. 155) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the 27 day of March, 2020.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE