UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-356-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JAMES NATHAN CRAWFORD, ) | |
| JR., ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the United States' Motion to seal Exhibit 1, medical records [D.E. 285] attached to the United States' response in opposition to Defendant's motion for compassionate release [D.E. 269].

For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the Exhibit 1 [D.E. 285] attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 12 day of May 2021.

JAMES C. DEVER III
United States District Judge